JOSHUA D. KIENITZ, Bar No. 244903
jkienitz@littler.com
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, California 94597
Telephone: 925.932.2468
Fax No.: 925.946.9809

P. DUSTIN BODAGHI, Bar No. 271501
dbodaghi@littler.com
LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine, California 92612
Telephone: 949.705.3000
Fax No.: 949.724.1201

HARMAN DEOL, Bar No. 346547
hdeol@littler.com
LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, California 94105
Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendant
EMCOR GOVERNMENT SERVICES INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORION HILLIARD, individually and on behalf of those similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> EMCOR GOVERNMENT SERVICES, INC., a corporation, and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No. 2:25-cv-00384-MRA-KS <br><br> [Related Case No. 2:24-cv-10117 MRA-KS] <br><br> **NOTICE OF SETTLEMENT AND STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(A)(1) AND 23(E)** |

STIPULATION OF DISMISSAL
4920-2531-4620.1 / 090399.1058

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Peter J. Horton (SBN 227678)
Molly DeSario (SBN 230763)
Dorota A James (SBN 309933)
Arsine Grigoryan (SBN 319517)
Kareen Shatikian (SBN 346554)
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

Email:
peter.horton@wilshirelawfirm.com
molly.desario@wilshirelawfirm.com
dorota.james@wilshirelawfirm.com
agrigoryan@wilshirelawfirm.com
kareen.shatikian@wilshirelawfirm.com

Attorneys for Plaintiff
DORION HILLIARD

**TO THE HONORABLE COURT:**

Plaintiff Dorion Hilliard ("Plaintiff") and Defendant EMCOR Government Services Inc. ("Defendant") by and through their respective counsel of record, have reached a settlement of all individual claims asserted in this Action and hereby enter into the stipulation below with reference to the following background:

WHEREAS, on October 23, 2024, Plaintiff filed the above-captioned class action (this "Action") in the Superior Court of the State of California for the County of Los Angeles against Defendant, alleging violations of California Labor Code and Business and Professions Code;

WHEREAS, on November 22, 2024, Defendant filed a Notice of Removal of Action to the United States District Court, Central District of California based on Section 301 of the Labor Management Relations Act ("LMRA") 29 U.S.C. § 185;

WHEREAS, on December 19, 2024, Defendant filed a motion for judgment on the pleadings in related case, *Hilliard v. EMCOR Government Services Inc.*, Case No. 2:24-cv-10117-MRA-KS.   On February 4, 2025, that motion was taken under submission.

WHEREAS on or about May 19, 2025, the Parties reached a settlement of this Action on an individual basis only;

THEREFORE, Plaintiff and Defendant, by and through their undersigned counsel of record hereby stipulate and agree and respectfully request that the Court enter an order as follows:

1. That the individual allegations (regarding Plaintiff Dorion Hilliard only) set forth in this Action be dismissed with prejudice pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure ("FRCP");

2. That the class allegations (all allegations as to unnamed putative class members), be dismissed without prejudice pursuant to Rule 41(a)(l)(A)(ii) of the FRCP; and

3. That all upcoming hearings, conference and dates in this Action be vacated, and the Action be dismissed.

Dated:     May 22, 2025              WILSHIRE LAW FIRM


                                     /s/ *Peter Horton*
                                     PETER HORTON
                                     MOLLY DESARIO
                                     DOROTA A JAMES
                                     ARSINE GRIGORYAN
                                     KAREEN SHATIKIAN

                                     Attorneys for Plaintiff
                                     DORION HILLIARD

Dated:     May 22, 2025              LITTLER MENDELSON, P.C.


                                     /s/ *P. Dustin Bodaghi*
                                     JOSHUA D. KIENITZ
                                     P. DUSTIN BODAGHI
                                     HARMAN S. DEOL

                                     Attorneys for Defendant
                                     EMCOR   GOVERNMENT   SERVICES
                                     INC.

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-4.3.4, I do hereby attest that all signatures listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.


Dated:     May 22, 2025              LITTLER MENDELSON, P.C.


                                     /s/ *P. Dustin Bodaghi*
                                     JOSHUA D. KIENITZ
                                     P. DUSTIN BODAGHI
                                     HARMAN S. DEOL

                                     Attorneys for Defendant
                                     EMCOR   GOVERNMENT   SERVICES
                                     INC.