JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORION HILLIARD, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EMCOR GOVERNMENT SERVICES, INC., a corporation, and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:25-cv-00384-MRA-KS<br><br>[Related Case No. 2:24-cv-10117 MRA-KS]<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

# ORDER

Having considered the Parties' stipulation and good cause appearing, the Court orders as follows:

1. That the individual allegations (regarding Plaintiff Dorion Hilliard only) set forth in this Action be dismissed with prejudice pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure ("FRCP");
2. That the class allegations (all allegations as to unnamed putative class members), be dismissed without prejudice pursuant to Rule 41(a)(l)(A)(ii) of the FRCP; and
3. That all upcoming hearings, conference and dates in this Action be vacated, and the Action be dismissed.

**IT IS SO ORDERED**.

Date: May 23, 2025

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE